Kaplan, S.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
C. ORTIZ

                              Plaintiff,

    - against -

                                          Docket No. 07 cv. 07022
                                          (LAK)

PALLADIA, INC.

                              Defendant.
-----------------------------------------------------------X

## STIPULATION AND ORDER OF DISCONTINUANCE WITH PREJUDICE

       It is hereby stipulated and agreed, by and between the respective counsel for the parties that:

       1.    This action is hereby discontinued *with prejudice* pursuant to a certain "Confidential Negotiated Settlement Agreement and General Release" dated October , 2007 executed by the parties. (the "Separate Settlement Agreement").

       2.    No costs shall be awarded as against any party, other than as is provided in the Separate Settlement Agreement.

       3.    This Court shall retain continuing jurisdiction to enforce the terms and conditions of the Separate Settlement Agreement.

       4.    This Stipulation and Order of Discontinuance with Prejudice may be executed in counterparts.

80043439

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/6/07

Dated: Garden City, New York
October 11, 2007

DAVID ABRAMS, ESQ.   DA-8126

By: /s/ David Abrams
    David Abrams

Attorney for Plaintiff
305 Broadway
5th Floor
New York, New York 10007
(212) 897-5821

DAVIDOFF MALITO & HUTCHER LLP

By: /s/ Mark E. Spund
    Mark E. Spund

Attorneys for Defendant
200 Garden City Plaza
Suite 315
Garden City, New York 11530
(516) 248-6400

SO ORDERED

/s/
U.S.D.J.

11/5/07

DM:90051227.1
80043439